# UNITED STATES DISTRICT COURT
# THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ROQUE "ROCKY" DE LA FUENTE,<br><br>　　　　　Plaintiff,<br>　　v.<br><br>DONALD J TRUMP;<br>DONALD J. TRUMP FOR PRESIDENT, INC.;<br>REPUBLICAN NATIONAL COMMITTEE;<br>ALABAMA REPUBLICAN PARTY;<br>ALASKA REPUBLICAN PARTY;<br>ARIZONA REPUBLICAN PARTY;<br>ARKANSAS REPUBLICAN PARTY;<br>FLORIDA REPUBLICAN PARTY;<br>GEORGIA REPUBLICAN PARTY;<br>HAWAII REPUBLICAN PARTY;<br>KANSAS REPUBLICAN PARTY;<br>MASSACHUSETTS REPUBLICAN PARTY;<br>MICHIGAN REPUBLICAN PARTY;<br>MINNESOTA REPUBLICAN PARTY;<br>NEVADA REPUBLICAN PARTY;<br>NORTH CAROLINA REPUBLICAN PARTY;<br>SOUTH CAROLINA REPUBLICAN PARTY;<br>TENNESSEE REPUBLICAN PARTY;<br>VIRGINIA REPUBLICAN PARTY; and<br>WASHINGTON REPUBLICAN PARTY,<br><br>　　　　　Defendants. | Case No. 1:19-cv-03753 |

## NOTICE OF VOLUNTARY DISMISSAL

**PLEASE TAKE NOTICE** that Plaintiff ROQUE "ROCKY" DE LA FUENTE ("Plaintiff"), pursuant to Federal Rule of Civil Procedure 41(a)(1), hereby voluntarily dismisses all claims in this action without prejudice as to all Defendants, without prejudice.

Federal Rule of Civil Procedure 41(a)(1) provides, in relevant part:

(a)   Voluntary Dismissal.

    (1)   By the Plaintiff.

        (A)   Without a Court Order. Subject to Rules 23(e), 23.1(c), 23.2, and 66 and any applicable federal statute, the plaintiff may dismiss an action without a court order by filing:

            (i)   a notice of dismissal before the opposing party serves either an answer or a motion for summary judgment

\* \* \*

Defendants have served neither an Answer to Plaintiff's Complaint nor a Motion for Summary Judgment. Accordingly, this matter may be dismissed without prejudice and without an Order of the Court.

DATED:   April 24, 2020             Respectfully submitted,

/s/ Alicia I. Dearn
Alicia I. Dearn, Esq. (#MO0011)
231 S. Bemiston Avenue, Ste 850 #56306
Saint Louis, MO 63105
(314) 526-0040
(314) 526-0044 (facsimile)
notices@bellatrixlaw.com